No. 82–1324.   NATIONAL FARMERS' ORGANIZATION, INC.
v. ASSOCIATED MILK PRODUCERS, INC., ET AL.   C. A. 8th
Cir.   Motion of Cooperative League of the United States of
America for leave to file a brief as *amicus curiae* granted.
Certiorari denied.   JUSTICE BRENNAN and JUSTICE WHITE

would grant certiorari. JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition.